

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-9-2011

# Manna v. Schultz

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4255

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Manna v. Schultz" (2011). *2011 Decisions.* Paper 84.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/84

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-4255

LOUIS ANTHONY MANNA,
                                                                Appellant

v.

WARDEN PAUL SCHULTZ

(D. NJ No. 09-cv-01185)

ORDER

On January 8, 2010, the Court issued a Not Precedential opinion in the above entitled case. When the Court issues an opinion, it is the usual practice to identify the opinion as either Not Precedential or Precedential in the upper right corner of the opinion. It appears that the opinion in this matter omitted the customary designation. In addition, Precedential opinions follow a specific format and style which are not applicable to Not Precedential opinions and are not present in this opinion.

The opinion for this case was entered on the Court's docket as a Not Precedential opinion and appeared on the Not Precedential opinion page of the Court's website.

It has come to the Clerk's attention that at least one legal publisher has erroneously recorded the opinion as a Precedential opinion. This order has been issued to serve notice that the opinion issued in this case is deemed Not Precedential and therefore is not binding authority. 3rd Cir. I.O.P. 5.7.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: December 9, 2011

PSD/cc:     Office of the U.S. Attorney New Jersey
                 Louis Anthony Manna